**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 05-39-DLB**

**UNITED STATES OF AMERICA**                                                                                **PLAINTIFF**

**VS.**                                                                    **ORDER**

**JAMES KEVIN MEGET**                                                                                **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the May 8, 2014, Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of six (6) months imprisonment, with a life term of supervised release to follow. (Doc. #42) During the final revocation hearing conducted by Magistrate Judge J. Gregory Wehrman on May 7, 2014, Defendant admitted to violating the terms of his supervised release described in the April 11, 2014 Supervised Release Violation Report.

Defendant having waived his right to allocute and the time to file any objections to the R&R (*Id.* at 6, Doc. # 41), and the Court having reviewed the R&R, and concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1.      The Report and Recommendation (Doc. # 42) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

1

2. Defendant is found to have **VIOLATED** the terms of his supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of six (6) months with a life term of supervised release to follow; and

5. A Judgment shall be entered concurrently herewith.

This 8th day of May, 2014.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2005\05-39 Order adopting R&R.wpd