# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

CRIMINAL ACTION NO. 05-39-DLB-CJS

UNITED STATES OF AMERICA                                                        PLAINTIFF

vs.           **ORDER ADOPTING REPORT AND RECOMMENDATION**

JAMES KEVIN MEGET                                                      DEFENDANT

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

This matter is before the Court upon the August 27, 2018 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant James Kevin Meget's supervised release and impose a sentence of nine (9) months, after which Defendant should resume his lifetime term of supervised release. (Doc. # 60). The Initial Appearance was held on May 9, 2018 (Doc. # 4) and Final Revocation Hearing was held on May 22, 2018 and June 5, 2018 (Docs. # 52 and 57), at which time the Defendant admitted to the violations set forth in the Supervised Release Violation Report. (Doc. # 51).

Defendant having waived his right to allocution (Doc. # 58), and the time for filing objections to the R&R having passed, this matter is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Report and Recommendation (Doc. # 60) is hereby **ADOPTED** as the

findings of fact and conclusions of law of the Court;

(2) Defendant James Kevin Meget is found to have **VIOLATED** the terms of his supervised release as outlined in the April 27, 2018 Supervised Release Violation Report (Doc. # 51);

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **nine (9) months**;

(5) Defendant's sentence, if possible, shall be served at FCI Ashland, Kentucky;

(6) Defendant shall promptly self surrender upon the Bureau of Prisons' designation of a facility and the Probation Officer's communication of that designation to Defendant;

(7) After Defendant completes service of his nine (9) months incarceration, he shall **resume his lifetime term of supervised release** upon the same terms and conditions as imposed in the original Judgment; and

(8) A Judgment shall be entered concurrently herewith.

This 18th day of September, 2018.



Signed By:
*David L. Bunning*   DB
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2005\05-39 Order Adopting R&R re SRV.docx